IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:09-CR-84 |
| ) | |
| JAMES M. HOOPS ) | |

## O R D E R

This criminal case is before the court on the report and recommendation of Magistrate Judge Dennis Inman that the defendant's motion to suppress evidence be denied [doc. 285]. The defendant has entered a plea of guilty, and no objections to the report and recommendation have been filed. The court has reviewed *de novo* the report and recommendation and **ADOPTS** it in its entirety. The defendant's motion to suppress evidence [doc. 254] is **DENIED**.

ENTER:

　　　　　　　　　　　　*s/ Leon Jordan*
　　　　　　　　　　　　United States District Judge